**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Malkeet Singh, | No. CV-26-01867-PHX-JJT (ASB) |
|       Petitioner, | **ORDER** |
| v. | |
| Kristi Noem, *et al.*, | |
|       Respondents. | |

Petitioner challenged his present immigration detention, arguing he was previously released from detention on an order of supervision and was redetained without due process. (Doc. 1.) The Court directed Respondents to show cause why Petitioner's Petition should not be granted. (Doc. 4.) Respondents' response stated:

> Under the facts and circumstances of this case, Respondents do not oppose Petitioner's request for release at this time.

(Doc. 7.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his due process claim.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his request for release from custody. The Petition is otherwise denied.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

. . .

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 26th day of March, 2026.

Honorable John J. Tuchi
United States District Judge

- 2 -